FILED
MAY 18 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR 11-86-BR |
| vs. ) | ORDER |
| JOSEPH EDWARD ARMIJO, ) | |
| Defendant. ) | |

Based on the motion of defendant Joseph Armijo, ~~and~~ there being no objection from the government, *and without determining whether there was or was not a lawful basis to seize the shotgun,* IT IS HEREBY ORDERED THAT the Gresham Police Department shall release the Remington 870 Express shotgun seized from Mr. Joseph Armijo's residence on March 3, 2011, to Mr. Kurt Koistinen.

DATED this 18th day of May 2011.

_____
Hon. Anna J. Brown
United States District Court Judge

Presented by:

*Thomas K. Coan*
Thomas K. Coan, OSB 89173
Attorney for Defendant Armijo

Page 1 -- ORDER